UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RONNIE LIONEL HARRIS**,

      Petitioner,

  v.                                                                Civil Action No. 15-2170 (RDM)

**UNITED STATES**,

      Respondent.

## MEMORANDUM OPINION AND ORDER

Petitioner Ronnie Lionel Harris, proceeding *pro se*, filed this action pursuant to 28 U.S.C. § 2254. He is incarcerated at the Hazelton United States Penitentiary in Bruceton Mills, West Virginia. Harris contends, mistakenly, that "[t]his case comes . . . via remand from the United States Court of Appeals." Dkt. 1 at 1 (Pet. ¶ 2). He is referring to the D.C. Circuit's remand in a separate civil case, *Harris v. Fulwood*, No. 12-1215 (ABJ), which instructed the district court only "to modify the orders to state that dismissal is without prejudice to Appellant's rights to pursue his claims in an appropriate proceeding," in accordance with *Heck v. Humphrey*, 512 U.S. 477 (1994). *Harris v. Fulwood*, No. 13-5343, at 2 (D.C. Cir. Apr. 21, 2015).

The instant habeas petition is not a continuation of Harris's civil action in case No. 12-1215. Rather, it is based on the same claim of actual innocence that Harris raised in a prior habeas action, and it compels the same result. *See Harris v. United States*, No. 15-1425, 2015 WL 8664189 (D.D.C. Dec. 11, 2015) (explaining that "a federal court in the District of Columbia lacks jurisdiction to grant habeas relief from a Maryland conviction," and any challenge to the U.S. Parole Commission's reliance on the Maryland conviction "must proceed under the general

1

habeas statute . . . before a district judge who is capable of exercising personal jurisdiction over the warden of the prison where [the petitioner] is detained").

Because this Court lacks jurisdiction to consider Harris's habeas petition, it is hereby **ORDERED** that this case is **DISMISSED** without prejudice.

**SO ORDERED.**  The Clerk shall enter judgment and shall mail a copy of this Memorandum Opinion and Order to the petitioner at the address reflected on the docket.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  January 27 2016